**Gregory Michael MacGregor** (SBN: 61970)
**Deborah A. Berthel** (SBN: 125911)
**Sangeeta A. Madhok** (SBN: 170944)
*MacGregor & Berthel*
21700 Oxnard Street, Suite 1590
Woodland Hills, California 91367
Telephone: (818) 710-3666 Fax: (818) 710-3683
E-mail: mblawyers@macgregorlaw.com

Attorneys for Defendant
**Allstate Insurance Company**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEDA RASCHKOVSKY, an individual and RICARDO RASCHKOVSKY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants.<br>_____ | Docket No. 2:15-cv-00216-RGK-JPRx<br><br>Assigned to the<br>Hon. R. Gary Klausner<br>Courtroom 850<br><br>**[PROPOSED] JUDGMENT** |

The Motion for Summary Judgment ("Motion") by Allstate Insurance Company ("Allstate") came before the Honorable R. Gary Klausner, District Judge Presiding. The Court, after fully considering the issues and evidence presented by the Motion, rendered decision granting summary judgment in favor of Allstate and against Plaintiffs.

/ / /

/ / /

/ / /

IT IS THEREFORE ORDERED AND ADJUDGED that judgment in this action is entered in favor of Allstate, that Plaintiffs take nothing, that the action is dismissed on the merits and that Allstate will recover its costs.

DATED: December 28, 2015

*[signature: Gary Klausner]*

The Honorable R. Gary Klausner
**United States District Judge**